7jgmtwoh (7/15)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Keith Edward Rogers and Sean Anthony Mathews–ABOVE MED–
*Debtor*

*Bankruptcy Case No.*
15–40164–drd13

**State of Kansas Department of Labor**
   Plaintiff(s)

*Adversary Case No.*
15–04131–drd

v.

**Sean Anthony Mathews**
   Defendant(s)

## JUDGMENT

The issues of this proceeding having been duly considered by the Honorable Dennis R. Dow , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: that the indebtedness owed by Defendant to KDoL, which is subject to statutory interest pursuant to K.S.A. §44–719(d)(2) and penalty, if any, pursuant to K.S.A. §44–706(g), should be and hereby is exempted from discharge.
A.Specifically, the Court finds that the obligation evinced by Exhibits A and B to the Complaint which constitutes Plaintiffs 7/30/2015 Examiners Determination finding an obligation in the principal amount of $938 in favor of Plaintiff as Trustee for the Unemployment Trust Fund and against Defendant herein, which the Court notes has been represented to the Court by Plaintiff to have a current balance as of the end of October, 2015, of $1215.21 (consisting of principal in the amount of $938, penalty in the amount of $235, if any, and interest in the amount of $42.21) is not dischargeable; and
B.The Court also grants KDoL judgment against defendant for the costs of this matter in the form of filing fees in the amount of $350.00.
All pursuant to 11 U.S.C. § 523(a)(2).
Further providing, however, that in the event that a general discharge is granted to debtor in the underlying lead bankruptcy matter pursuant to 11 U.S.C. § 1328(a), statutory penalties imposed pursuant to K.S.A. §44–706(g) and –719 assessed in the underlying administrative proceeding as set out above will be discharged.



PAIGE WYMORE–WYNN
Acting Court Executive

By: /s/ Kristina D. Richardson
       Deputy Clerk

Date of issuance: 11/19/15

Court to serve